UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | No. 3:07-CR-51 (02) RLM |
| ) | |
| JOHNNY D. TINKER ) | |

### ORDER

No objections have been filed to Magistrate Judge Nuechterlein's findings and recommendations upon a plea of guilty issued on February 6, 2008 [Doc. No. 72]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Johnny Tinker's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 21 U.S.C. § 846.

SO ORDERED.

ENTERED:   February 26, 2008

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court